Tuesday, February 4, 2014

No. 14–0242/AR.   U.S. v. Steve A. Frasier.   CCA 20120744.   Review granted on the following issue:

> APPELLANT WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL IN THE POST–TRIAL PHASE OF HIS COURT–MARTIAL WHEN TRIAL DEFENSE COUNSEL FAILED TO REQUEST DEFERRAL OF FORFEITURES AND REDUCTION IN GRADE ON APPELLANT'S BEHALF.

The decision of the United States Army Court of Criminal Appeals is set aside.   The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further appellate inquiry of the granted issue.   The Court of Criminal Appeals will obtain an affidavit from trial defense counsel that responds to Appellant's allegation of ineffective assistance of counsel.   Under Article 66(c), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(c) (2006), the Court of Criminal Appeals shall review the ineffective assistance of counsel issue in light of the affidavit and any other relevant matters.   *See United States v. Ginn*, 47 M.J. 236 (C.A.A.F. 1997).   If the court determines that a fact-finding hearing is necessary, that court shall order a hearing pursuant to *United States v. DuBay*, 17 C.M.A. 147, 37 C.M.R. 411 (1967).   Once the necessary information is obtained, the court will complete its Article 66(c), UCMJ, review.   Thereafter, Article 67, UCMJ, 10 U.S.C. § 867 (2006), shall apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0242/AR.   U.S. v. Steve A. Frasier.   CCA 20120744.   [See also APPEALS— SUMMARY DISPOSITIONS this date.]

